IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERMAINE CARTER, | § | |
| | § | |
| Defendant Below, | § | No. 240, 2021 |
| Appellant, | § | |
| | § | Court Below-Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0810013184 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

## **O R D E R**

This 16th day of November 2021, it appears to the Court that on October 5, 2021, the Court entered an order denying the appellant's motion to proceed *in forma pauperis*. The Court ordered the appellant to pay the required filing fee by October 19, 2021, or this appeal would be dismissed without further notice. The appellant failed to pay the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice